IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWANDA HUTSON, | |
| Plaintiff, | Case No. 14-cv-01674 |
| v. | Honorable John Z. Lee |
| CHICAGO STEAM BASKETBALL, LLC, | |
| Defendant. | |

**MOTION FOR ISSUANCE OF CITATION TO DISCOVER ASSETS**

SHAWANDA HUTSON, Plaintiff, hereby petitions this Court for the issuance of a Citation to Discover Assets against Defendant, CHICAGO STEAM BASKETBALL, LLC, and in support thereof, states on oath:

1. A judgment was entered by Judge John Z. Lee, on October 10, 2014 on a motion for default judgment, in favor of Plaintiff, SHAWANDA HUTSON, and against Defendant, CHICAGO STEAM BASKETBALL, LLC, in an amount of $22,230.00 and remains unsatisfied.

WHEREFORE, Plaintiff, SHAWANDA HUTSON, respectfully requests as follows:

1. That the Court grant the Motion for the Issuance of a Citation to Discover Assets belonging to CHICAGO STEAM BASKETBALL, LLC; and

2. That the Court grants any other relief it deems just and necessary

Respectfully Submitted,

By: s/ Maryam Arfeen
Attorney for Plaintiff

**LEONARD LAW OFFICES**
Michael I. Leonard
Ethan E. White

Maryam Arfeen
203 North LaSalle Street
Suite 1620
Chicago, Illinois 60601
(312) 374-8084 (phone)
(312) 264-0671 (fax)